UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PROGRESSIVE ENTERPRISES, INC. /
CASTAWAYS YACHT CLUB,

    Plaintiff,

v.

M/Y AJARR (Official No. 1079835),
her engines, tackle, apparel, furniture,
equipment and all other necessaries
thereunto appertaining and belonging, *in rem*,

    and

BRIAN A. TRAVIS, *in personam*,

    Defendants.

CIVIL ACTION NO. _____

07 CIV. 4567

RULE 7.1 STATEMENT

---

    Pursuant to Fed. R. Civ. P. 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Progressive Enterprises, Inc. / Castaways Yacht Club (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Respectfully submitted,

PALMER BIEZUP & HENDERSON LLP

Dated: New York, New York
    May 24, 2007

By: /s/ Michael B. McCauley
Michael B. McCauley (7231)
140 Broadway, 46th Floor
PMB 46030
New York, NY 10005
(212) 406-1855
(212) 858-7651 (Fax)
Attorneys for Plaintiff

PBH: 190208.1