UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PROGRESSIVE ENTERPRISES, INC. /
CASTAWAYS YACHT CLUB,

    Plaintiff,

v.

M/Y AJARR (Official No. 1079835),
her engines, tackle, apparel, furniture,
equipment and all other necessaries
thereunto appertaining and belonging, *in rem*,

    and

BRIAN A. TRAVIS, *in personam*,

    Defendants.

CIVIL ACTION NO. _____

**07 CIV. 4567**
**WP4**

MOTION FOR ORDER TO
ISSUE WARRANT FOR
ARREST OF VESSEL

---

    Progressive Enterprises, Inc. / Castaways Yacht Club ("Plaintiff"), by and through its attorneys Palmer Biezup & Henderson LLP, hereby moves pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims for an Order directing the Clerk of Court to issue a Warrant for the arrest of the Motor Yacht AJARR (Official No. 1079835), a 40-foot Formula Thunderbird pleasure craft bearing Official No. 1079835 and Hull Identification No. TNRD7851G899 (the "Vessel"), and to deliver the Warrant to the United States Marshal for execution. In support of this Motion, Plaintiff avers as follows:

    1.    Plaintiff has filed a Verified Complaint in Admiralty against the Vessel *in rem* and against Brian A. Travis *in personam*.

    2.    As set forth in the Complaint, Plaintiff has provided necessaries to the Vessel,

PBH: 190192.1

including but not limited to dockage, electricity, provisions, supplies, fuel, and engine repairs, for which Plaintiff has not been paid.

3. Under the Federal Maritime Lien Act, "a person providing necessaries to a vessel . . . has a maritime lien on the vessel" and "may bring a civil action in rem to enforce the lien." 46 U.S.C. § 31342. Further, under Fed. R. Civ. P. Supp. C(1), an action *in rem* may be brought "[t]o enforce any maritime lien," or "[w]herever a statute of the United States provides for a maritime action in rem or a proceeding analogous thereto."

4. Where a party seeks to enforce a maritime lien through an *in rem* action,

> the court must review the complaint and any supporting papers. If the conditions for an in rem action appear to exist, the court must issue an order directing the clerk to issue a warrant for the arrest of the vessel or other property that is the subject of the action.

Fed. R. Civ. P. Supp. C(3)(a)(ii)(A).

5. The conditions for an *in rem* action having been met, Plaintiff respectfully requests that an Order be entered directing the Clerk of Court to issue a Warrant for the arrest of the Vessel, and to deliver said Warrant to the United States Marshal for service.

Respectfully submitted,

PALMER, BIEZUP & HENDERSON LLP

Dated: New York, New York
May 24, 2007

By: /s/ Michael B. McCauley
Michael B. McCauley (7231)
140 Broadway, 46th Floor
PMB 46030
New York, NY 10005
(212) 406-1855
(212) 858-7651 (Fax)
Attorneys for Plaintiff

PBH: 190192.1

2