UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PROGRESSIVE ENTERPRISES, INC. /
CASTAWAYS YACHT CLUB,

    Plaintiff,

v.

M/Y AJARR (Official No. 1079835),
her engines, tackle, apparel, furniture,
equipment and all other necessaries
thereunto appertaining and belonging, *in rem*,

    and

BRIAN A. TRAVIS, *in personam*,

    Defendants.

---

CIVIL ACTION NO. _____



07 CIV. 4567
WP4

**ORDER TO ISSUE WARRANT
FOR ARREST OF VESSEL**

    Upon review of the Verified Complaint and Plaintiff's Motion for an Order directing the Clerk of Court to issue a Warrant for the arrest of the M/Y AJARR, and the conditions for an *in rem* action appearing to exist,

    **IT IS ORDERED** that the Clerk of Court shall issue a Warrant for the arrest of the Motor Yacht AJARR, a 40-foot Formula Thunderbird pleasure craft bearing Official No. 1079835 and Hull Identification No. TNRD7851G899, her engines, tackle, apparel, furniture, equipment and all other necessaries thereunto appertaining and belonging (collectively the "Vessel") and shall forthwith deliver said Warrant to the United States Marshal for service;

PBH: 190192.1

**IT IS FURTHER ORDERED** that any person who asserts a right of possession or any ownership interest in the Vessel arrested pursuant to said Warrant may, upon a showing of any improper practice or a manifest want of equity on the part of the Plaintiff, be entitled to an order requiring the Plaintiff to show cause forthwith why the arrest should not be vacated or other relief granted; and

**IT IS FURTHER ORDERED** that a copy of this Order and a copy of the Verified Complaint be attached to and served with said Warrant.

DATED this 31st day of May, 2007, at ~~New York~~ White Plains, New York.

So ORDERED

_____
UNITED STATES DISTRICT JUDGE