UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PROGRESSIVE ENTERPRISES, INC. /
CASTAWAYS YACHT CLUB,

    Plaintiff,

v.

M/Y AJARR (Official No. 1079835),
her engines, tackle, apparel, furniture,
equipment and all other necessaries
thereunto appertaining and belonging, *in rem*,

    and

BRIAN A. TRAVIS, *in personam*,

    Defendants.

CIVIL ACTION NO. 07-4567-WP4

**NOTICE OF DISMISSAL
AS TO IN PERSONAM DEFENDANT**

---

Progressive Enterprises, Inc. / Castaways Yacht Club ("Plaintiff"), by and through its attorneys, hereby dismisses this action as to *in personam* defendant Brian A. Travis. This dismissal is without prejudice and applies only to defendant Brian A. Travis.

Respectfully submitted,

PALMER BIEZUP & HENDERSON LLP

Dated: New York, New York
October 29, 2007

By: *[signature]*
Michael B. McCauley (7231)
140 Broadway, 46th Floor
PMB 46030
New York, NY 10005
(212) 406-1855
(212) 858-7651 (Fax)
Attorneys for Plaintiff

PBH: 192975.1