# AFFIDAVIT OF PUBLICATION
## from
## The Journal News



_____Florence Bonilla_____ being duly sworn says that he/she is the principal clerk of The Journal News, a newspaper published in the County of Westchester and State of New York, and the notice of which the annexed is a printed copy, was published in the newspaper area(s) on the date(s) below:

**Note:** The two-character code to the left of the run dates indicates the zone(s) that the ad was published. (See Legend below)

AC   11/02/07
AS   11/02/07


Signed _____

Sworn to before me

This ___6th___ day of __November__ 20_07_

_____
Notary Public, Westchester County

JACK L SHARP
Notary Public, State of New York
No. 01SH6019087
Qualified in Rockland County
Term Expires Feb. 1 2011

---

**Legend:**
**Northern Area (AN):**
Amawalk, Armonk, Baldwin Place, Bedford, Bedford Hills, Briarcliff Manor, Buchanan, Chappaqua, Crompond, Cross River, Croton Falls, Croton on Hudson, Goldens Bridge, Granite Springs, Jefferson Valley, Katonah, Lincolndale, Millwood, Mohegan Lake, Montrose, Mount Kisco, North Salem, Ossining, Peekskill, Pound Ridge, Purdys, Shenorock, Shrub Oak, Somers, South Salem, Verplanck, Waccabuc, Yorktown Heights, Brewster, Carmel, Cold Spring, Garrison, Lake Peekskill, Mahopac, Mahopac Falls, Putnam Valley, Patterson
**Central Area (AC):**
Ardsley, Ardsley on Hudson, Dobbs Ferry, Elmsford, Harrison, Hartsdale, Hastings, Hastings on Hudson, Hawthorne, Irvington, Larchmont, Mamaroneck, Pleasantville, Port Chester, Purchase, Rye, Scarsdale, Tarrytown, Thornwood, Valhalla, White Plains, Greenburgh
**Southern Area (AS):** Bronxville, Eastchester, Mount Vernon, New Rochelle, Pelham, Tuckahoe, Yonkers
**Greater Westchester (GW):** Includes Northern, Central and Southern Areas

**Rockland Area (JN or RK):** Blauvelt, Congers, Garnerville, Haverstraw, Hillburn, Monsey, Nanuet, New City, Nyack, Orangeburg, Palisades, Sloatsburg, Sparkill, Spring Valley, Stony Point, Suffern, Tallman, Tappan, Thiells, Tomkins Cove, West Haverstraw, West Nyack, Pearl River, Piermont, Valley Cottage, Pomona

**Northern Westchester Express (XNW):** Armonk, Bedford, Bedford Hills, Chappaqua, Katonah, Mount Kisco, Pleasantville, Thornwood.
**Putnam Express (XPU):** Baldwin Place, Brewster, Carmel, Mahopac, Patterson, Putnam Valley
**Sound Shore Express (XSS):** Harrison, Larchmont, Mamaroneck, New Rochelle, Pelham, Port Chester, Purchase, Rye
**White Plains Express (XWP):** Elmsford, Hawthorne, Valhalla, White Plains
**Yorktown & Cortlandt Express (XYC):** Buchanan, Cortlandt Manor, Crompond, Croton on Hudson, Crugers, Jefferson Valley, Lincolndale, Mohegan Lake, Montrose, Ossining, Peekskill, Shenorock, Shrub Oak, Verplanck, Yorktown Heights

**Review Press (BVW):**
Bronxville, Eastchester, Scarsdale, Tuckahoe

---

Ad Number- H02379392        Account Number - 016667405

U.S. District Court, Southern District of New York
Progressive Enterprises, Inc. / Castaways Yacht Club v. M/Y AJARR
Case No. 07-4567 (WP)

Notice is given that the M/Y AJARR was arrested by the U.S. Marshal on October 26, 2007, to enforce a maritime lien for necessaries in the amount of $205,700. Any person claiming a right of possession or an ownership interest in the vessel must file a verified statement of right or interest with the Clerk of Court by November 19, 2007, and serve an answer within 20 days after filing said statement; otherwise default will be noted and condemnation ordered. Michael B. McCauley, Palmer Biezup & Henderson, 140 Broadway, 46th Floor, New York, NY 10005, (212) 406-1855, Attorney for Plaintiff. Joseph R. Guccione, U.S. Marshal.