Karas, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PROGRESSIVE ENTERPRISES, INC. /
CASTAWAYS YACHT CLUB

    -against-

M/Y AJARR (Official No. 1079835),
her engines, tackle, apparel, furniture,
equipment and all other necessaries
thereunto appertaining and belonging, *in rem*

NO. 07-cv-4567-KMK-LMS

IN ADMIRALTY

**ORDER TO SHOW CAUSE**

---

    On consideration of plaintiff's application for the entry of a default judgment *in rem* and order directing the sale of the M/Y AJARR (Official No. 1079835), her engines, tackle, apparel, furniture, equipment and all other necessaries thereunto appertaining and belonging (the "Vessel"), it is

    ORDERED that any person claiming a right of possession or an ownership interest in the Vessel show cause before this Court in Courtroom 521 of the United States Courthouse, White Plains, New York, on ___December 11___, 2007, at 12:00 p.m. (noon) why a default judgment *in rem* and order directing the sale of the Vessel should not be entered; and it is further

    ORDERED that Plaintiff shall serve a copy of this Order, together with all supporting papers, on Brian A. Travis, named in the Complaint as owner of the vessel, for compliance with Local Admiralty Rule C.3(a)(3), or, in the alternative, shall be prepared to submit to the Court at the return date set by this Order an explanation of and legal authority for why default judgment should be granted absent such service.

Dated: November 29, 2007
       White Plains, New York

SO ORDERED.

_____
KENNETH M. KARAS
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____