## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of December 2007, a true and correct copy of the foregoing Memorandum of Law in Support of Judgment By Default, together with a true and correct copy of the Court's Order to Show Cause dated November 29, 2007, were served by overnight delivery addressed to:

> The Sunseeker Club at Castaways, Inc.
> 425 Davenport Avenue
> New Rochelle, NY 10805

PALMER BIEZUP & HENDERSON LLP

Dated: New York, New York
December 6, 2007

By: _____
Michael B. McCauley (7231)
140 Broadway, 46th Floor
PMB 46030
New York, NY 10005
(212) 406-1855
(212) 858-7651 (Fax)
Attorneys for Plaintiff

PBH: 193797.1