UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PROGRESSIVE ENTERPRISES, INC. /
CASTAWAYS YACHT CLUB

   -against-

M/Y AJARR (Official No. 1079835),
her engines, tackle, apparel, furniture,
equipment and all other necessaries
thereunto appertaining and belonging, *in rem*

NO. 07-cv-4567-KMK-LMS

IN ADMIRALTY

MOTION TO ADMIT COUNSEL
PRO HAC VICE

---

    PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Michael B. McCauley, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

> Daniel H. Wooster
> Palmer Biezup & Henderson LLP
> 620 Chestnut Street
> Suite 956
> Philadelphia, PA 19106
> (215) 625-9900
> (215) 625-1085 (Fax)

    Mr. Wooster is a member in good standing of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey. There is no pending disciplinary proceeding against Mr. Wooster in any State or Federal Court.

Respectfully submitted,

PALMER BIEZUP & HENDERSON LLP

Dated: December 7, 2007
New York, New York

By: _____
Michael B. McCauley (7231)
140 Broadway, PMB 46030
New York, NY 10005
(212) 406-1855
(212) 858-7651 (Fax)

PBH: 193842.1