UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PROGRESSIVE ENTERPRISES, INC. /
CASTAWAYS YACHT CLUB

   -against-

M/Y AJARR (Official No. 1079835),
her engines, tackle, apparel, furniture,
equipment and all other necessaries
thereunto appertaining and belonging, *in rem*

NO. 07-cv-4567-KMK-LMS

IN ADMIRALTY

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

---

    Upon the motion of Michael B. McCauley, attorney for plaintiff and said sponsor attorney's declaration in support;

    **IT IS HEREBY ORDERED** that

> Daniel H. Wooster
> Palmer Biezup & Henderson LLP
> 620 Chestnut Street
> Suite 956
> Philadelphia, PA 19106
> (215) 625-9900
> (215) 625-1085 (Fax)

is admitted to practice pro hac vice as counsel for plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: December 13, 2007
       White Plains, New York

*[signature]*
UNITED STATES DISTRICT/MAGISTRATE JUDGE

FOR OFFICE USE ONLY: FEE PAID $     SDNY RECEIPT#

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____