# AFFIDAVIT OF PUBLICATION
## from
# The Journal News

CECILIA HERNANDEZ being duly sworn says that he/she is the principal clerk of The Journal News, a newspaper published in the County of Westchester and State of New York, and the notice of which the annexed is a printed copy, was published in the newspaper area(s) on the date(s) below:

**Note:** The two-character code to the left of the run dates indicates the zone(s) that the ad was published. (See Legend below)

AC   01/11/08, 01/12/08, 01/13/08, 01/14/08, 01/15/08, 01/16/08
AS   01/11/08, 01/12/08, 01/13/08, 01/14/08, 01/15/08, 01/16/08

Signed _Cecilia Hernandez_

Sworn to before me

This __17th__ day of __January__ 20_08_

Notary Public, Westchester County

JACK L SHARP
Notary Public, State of New York
No. 01SH6019087
Qualified in Rockland County
Term Expires Feb. 1 2011

---

**Legend:**
**Northern Area (AN):**
Amawalk, Armonk, Baldwin Place, Bedford, Bedford Hills, Briarcliff Manor, Buchanan, Chappaqua, Crompond, Cross River, Croton Falls, Croton on Hudson, Goldens Bridge, Granite Springs, Jefferson Valley, Katonah, Lincolndale, Millwood, Mohegan Lake, Montrose, Mount Kisco, North Salem, Ossining, Peekskill, Pound Ridge, Purdys, Shenorock, Shrub Oak, Somers, South Salem, Verplanck, Waccabuc, Yorktown Heights, Brewster, Carmel, Cold Spring, Garrison, Lake Peekskill, Mahopac, Mahopac Falls, Putnam Valley, Patterson
**Central Area (AC):**
Ardsley, Ardsley on Hudson, Dobbs Ferry, Elmsford, Harrison, Hartsdale, Hastings, Hastings on Hudson, Hawthorne, Irvington, Larchmont, Mamaroneck, Pleasantville, Port Chester, Purchase, Rye, Scarsdale, Tarrytown, Thornwood, Valhalla, White Plains, Greenburgh
**Southern Area (AS):** Bronxville, Eastchester, Mount Vernon, New Rochelle, Pelham, Tuckahoe, Yonkers
**Greater Westchester (GW):** Includes Northern, Central and Southern Areas

**Rockland Area (JN or RK):** Blauvelt, Congers, Garnerville, Haverstraw, Hillburn, Monsey, Nanuet, New City, Nyack, Orangeburg, Palisades, Sloatsburg, Sparkill, Spring Valley, Stony Point, Suffern, Tallman, Tappan, Thiells, Tomkins Cove, West Haverstraw, West Nyack, Pearl River, Piermont, Valley Cottage, Pomona

**Northern Westchester Express (XNW):** Armonk, Bedford, Bedford Hills, Chappaqua, Katonah, Mount Kisco, Pleasantville, Thornwood.
**Putnam Express (XPU):** Baldwin Place, Brewster, Carmel, Mahopac, Patterson, Putnam Valley
**Sound Shore Express (XSS):** Harrison, Larchmont, Mamaroneck, New Rochelle, Pelham, Port Chester, Purchase, Rye
**White Plains Express (XWP):** Elmsford, Hawthorne, Valhalla, White Plains
**Yorktown & Cortlandt Express (XYC):** Buchanan, Cortlandt Manor, Crompond, Croton on Hudson, Crugers, Jefferson Valley, Lincolndale, Mohegan Lake, Montrose, Ossining, Peekskill, Shenorock, Shrub Oak, Verplanck, Yorktown Heights

**Review Press (BVW):**
Bronxville, Eastchester, Scarsdale, Tuckahoe

Ad Number- H02425469    Account Number - 016667405

NOTICE OF SALE

Pursuant to an Order of the United States District Court, Southern District of New York (White Plains) entered on December 14, 2007, in the case entitled Progressive Enterprises, Inc. / Castaways Yacht Club v. M/Y AJARR, No. 07-cv-4567, the undersigned will sell at Castaways Yacht Club, 425 Davenport Ave., New Rochelle, NY, on January 18, 2008, at 12:00 p.m., the property in said Order described and therein directed to be sold, to which Order reference is made for the terms of sale and for a description of the property which may be briefly described as follows: a 40-foot Formula pleasure craft with Hull ID No. TNRD7851G899. Joseph R. Guccione, U.S. Marshal.